**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 27, 2004

Burton B. Cohen, Esq.
Murtha Culina
Cityplace I
185 Asylum Street
Hartford, CT 06103-0704

      Re: Case Name: Peruta v Coxcom, Inc., et al
           Number: 3:00cv1381 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

      Joint Exhibits 1-13
      Defendant's Exhibits 1,2,13,15-24

If they are not picked up by January 12, 2005 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                            Sincerely,

                            Kevin F. Rowe, Clerk

                          BY /s/ Alice Montz
                              Alice Montz
                              Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____