**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**FILED**

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

2005 JAN -4  P 3: 18

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

December 27, 2004

Burton B. Cohen, Esq.
Murtha Culina
Cityplace I
185 Asylum Street
Hartford, CT 06103-0704

Re: Case Name: Peruta v Coxcom, Inc., et al
Number: 3:00cv1381 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Joint Exhibits 1-13
Defendant's Exhibits 1,2,13,15-24

If they are not picked up by January 12, 2005 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _Alice Montz_
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: _1-4-05_